Highway Mutual Casualty Company, Appellee, v. The Aztec Lines, Inc., Appellant.

Gen. No. 44,611.

opinion filed March 16, 1949; released for publication April 11, 1949. Petit, Olin & Overmyer, for appellant; Donald MacKay and Franklin R. Overmyer, of counsel; Weinzelbaum, Randolph & Harring, for appellee; Murray Randolph and Robert R. Harring, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.